# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED AUG 26 AM 9:31
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

$1.79
8/26
— S.D.

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Snelson, Donovan C.

**CHAPTER 7 BANKRUPTCY CASE NO: 05-60959**

Please check one:

\_\_\_\_\_ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| SUBWAY SOUTH<br>519 W 50TH STREET<br>ALEXANDRIA, MN 56308 | 4 | $32.28 | $1.79 |

Date: August 24, 2009

/e/ Terri A. Running
Terri  A.  Running,  Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5